# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HUGH WILLIAM CRAIG, III                                        PLAINTIFF

v.                        No. 3:19-cv-230-DPM

TRUMANN POLICE DEPARTMENT;
STEVE INBODEN; PRUDENTIAL
INSURANCE; STATE FARM
INSURANCE; and DOES 1–3, Unknown
Attorney/Judge, Unknown Trumann area
electronic equipment operators, and
Trumann School Board of 1987                                   DEFENDANTS

## ORDER

1. Craig's motion to proceed *in forma pauperis*, № 1, is granted. He can't afford the filing fee.

2. Craig has sued the Trumann police department, Judge Steve Inboden, Prudential Insurance, and State Farm Insurance.* He claims they physically and sexually abused him in various ways. His complaint will be dismissed without prejudice for failure to state a claim. The allegations are conclusory and fanciful. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992). And to the extent Judge Inboden was acting in his judicial capacity, he's immune from suit. *Woodworth v. Hulshof*, 891 F.3d 1083, 1090–91 (8th Cir. 2018).

---

* The Court directs the Clerk to correct the names of Judge Inboden and Prudential Insurance on the docket.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge
20 September 2019