IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HUGH WILLIAM CRAIG, III                                              PLAINTIFF

v.                          No. 3:19-cv-230-DPM

TRUMANN POLICE DEPARTMENT;
STEVE INBODEN; PRUDENTIAL
INSURANCE; STATE FARM
INSURANCE; and DOES 1–3, Unknown
Attorney/Judge, Unknown Trumann area
electronic equipment operators, and
Trumann School Board of 1987                                       DEFENDANTS

## JUDGMENT

The case is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 September 2019